

# Fourth Court of Appeals
## San Antonio, Texas

### DISSENTING OPINION

No. 04-24-00713-CR

Jacob Daniel **PULLEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0296-CR-B
Honorable William D. Old III, Judge Presiding

Opinion by:     Velia J. Meza, Justice
Dissenting Opinion by: Adrian A. Spears II, Justice

Sitting:        Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

Delivered and Filed: July 1, 2026

I respectfully dissent because I do not believe that section 43.26 of the Texas Penal Code, as in effect in 2019, is ambiguous. I would conclude that each thumbnail image is a separate "visual material" as defined by section 43.26(b)(3)(B). Thus, I believe seven separate crimes were committed. I would hold the evidence is sufficient to affirm all seven judgments.

Adrian A. Spears II, Justice

PUBLISH